

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00482-CV

Earl **SEABRON**,
Appellant

v.

Ayesha **SEABRON**,
Appellee

From the 78th District Court, Wichita County, Texas
Trial Court No. 134,732-B
Honorable W. Bernard Fudge, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding appellee Ayesha Seabron past military retired pay is REVERSED, and the cause is REMANDED to the trial court for the entry of a judgment awarding past military retired pay consistent with this opinion. We further MODIFY the award of attorney's fees and reduce the award by the amount of $1,010. In all other respects, the judgment of the trial court is AFFIRMED.

Costs of the appeal are taxed against the party incurring same.

SIGNED August 30, 2013.

_____
Rebeca C. Martinez, Justice